# Exhibit 2

Non-Method Claim: 1

<table>
<tr><th>US9001581</th><th>ATP Electronics SD Card (“The accused product”)</th></tr>
<tr><td>1. A semiconductor memory device comprising:</td><td>The accused product is a semiconductor memory device (e.g., the accused product).<br><br>As shown below, the accused product is an SD card (semiconductor memory) based on Micron 3D NAND.<br><br>

<br>https://www.atpinc.com/products/industrial-sd-cards</td></tr>
</table>




SD and microSD memory cards are another easily portable and removable storage device that ranges from small to massive capacity levels. The cards can support a wide array of data, from 4K video to mobile apps, on the smallest form factor. They fit into a variety of devices, including smartphones, cameras, drones, automobiles and computers. The additional storage they provide can free up internal memory and boost a device's speed when users attempt to store and access data, music and videos. The simple portability of the SD memory cards allows easy share/transfer of user data among billions of various SD-supported devices in the market.

https://www.sdcard.org/press/thoughtleadership/ssds-usb-drives-sd-memory-cards-know-the-difference/

ATP

## Product Change Notice

| | | |
|---|---|---|
| **PCN #:** PCNE24062801 | **Ver. 1.0** | **Issue Date:** 2024/06/28 |
| **Type of Change:** Controller and NAND Flash transition | | |

**Detailed Description of Change:**

Herein are the recommended equivalent alternative products for migration from 64-layer NAND to the more cost effective 176-layer NAND for ATP's SD/microSD storage products. The form-fit-function of the SD/microSD card will stay the same between the two products.

https://mm.digikey.com/Volume0/opasdata/d220001/medias/docus/6345/PCNE24062801.pdf

**Products Affected & Replacements:**

The affected products and comparison table are listed below.

| | Current Design | New Design |
|---|---|---|
| Support SD Interface | SD 6.10 | SD 6.10 |
| Controller | SM2707EN | SM2706E |
| NAND type | Micron 64L 3D TLC (B16E) | Micron 176L 3D TLC (B47T) |

<table>
<tr><td></td><td>https://mm.digikey.com/Volume0/opasdata/d220001/medias/docus/6345/PCNE24062801.pdf</td></tr>
<tr><td>a plurality of semiconductor memory cells;</td><td>
The accused product discloses a plurality of semiconductor memory cells (e.g., TLC memory cells).
As shown below, the accused product is based on Micron 3D NAND which use TLC semiconductor memory cells. Each TLC cell stores three bits of data, and the accused product contains a large number of such TLC cells, which together provide the total storage capacity of 32GB or 512GB, depending on the model.
<table>
<tr><td>Flash Type</td><td>SLC</td><td>3D TLC (pSLC mode)</td><td>memory cell</td><td>3D TLC</td><td>3D TLC</td></tr>
<tr><td>Form Factor</td><td>SD Card</td><td>SD Card</td><td>SD Card</td><td>SD Card</td><td>SD Contact Us</td></tr>
<tr><td>Operating Temperature</td><td>-40°C to 85°C</td><td>-40°C to 85°C / -25°C to 85°C</td><td>-40°C to 85°C / -25°C to 85°C</td><td>-40°C to 85°C / -25°C to 85°C</td><td>-40°C to 85°C / -25° 85°C</td></tr>
<tr><td>Power Loss Protection Options</td><td>Firmware Based</td><td>Firmware Based</td><td>Firmware Based</td><td>Firmware Based</td><td>Firmware Based</td></tr>
<tr><td>Optional SED Features</td><td>-</td><td>-</td><td>-</td><td>-</td><td>-</td></tr>
<tr><td>Capacity</td><td>512 MB to 8 GB</td><td>16 GB to 256 GB</td><td>8 GB to 64 GB</td><td>32 GB to 512 GB</td><td>32 GB to 256 GB</td></tr>
</table>
https://www.atpinc.com/products/industrial-sd-cards
</td></tr>
</table>

**Products Affected & Replacements:**

The affected products and comparison table are listed below.

| | Current Design | New Design |
|---|---|---|
| Support SD Interface | SD 6.10 | SD 6.10 |
| Controller | SM2707EN | SM2706E |
| NAND type | Micron 64L 3D TLC (B16E) | Micron 176L 3D TLC (B47T) |

semiconductor memory cell

https://mm.digikey.com/Volume0/opasdata/d220001/medias/docus/6345/PCNE24062801.pdf




SEM cross-section of 3D-NAND stack (Source: Intel/Micron/IEDM)

| | |
|---|---|
| | https://chipworksrealchips.blogspot.com/2016/01/intelmicron-detail-their-3d-nand-at-iedm.html   Figure 2. 3D NAND array architecture [35]. (a) Schematics of 3 × 3 NAND strings and (b) bird's e ye view of 3 × 5 NAND strings. Only 4 word lines (WLs) in a string are shown for visibility. The actu al 3D NAND has more than 128 WLs in a string. https://www.mdpi.com/2079-9292/10/24/3156 |

| | |
|---|---|
| | **Understanding Multilayer SSDs: SLC, MLC, TLC, QLC, and PLC**<br>Multilayer solid-state drives use different numbers of cells to store data. Here's what you need to know about the different types.<br>**TLC: Triple-Level Cell SSDs**<br>Triple-level cell SSDs can hold three bits per NAND cell, and have eight different voltage states. This increases storage capacity while reducing the cost of an SSD. It also provides faster performance. But the endurance takes a hit, with an expected lifespan of just 3,000 P/E cycles for TLC SSDs. TLC NAND chips are used in many digital consumer products.<br><br>https://www.enterprisestorageforum.com/hardware/understanding-multilayer-ssds/ |
| at least one contact configured to electrically connect said memory cells to at least one control line, wherein the number of said contacts is less than the number of said memory cells; and | The accused product discloses at least one contact (e.g., bit line contact) configured to electrically connect said memory cells (e.g., TLC memory cells) to at least one control line (e.g., bit line), wherein the number of said contacts (e.g., bit line contacts) is less than the number of said memory cells (e.g., TLC memory cells).<br><br>As shown below, the accused product is based on Micron 3D NAND that use a single bit line contact to connect a string of TLC cells to the bit line (control line). A string of TLC cells includes a large number of TLC cells and all said cells share the bit line contact extending from the string towards the bit line, such that the single bit line contact connects multiple TLC memory cells and the number of bit line contacts is less than the number of TLC memory cells. |

| | | | | | |
|---|---|---|---|---|---|
| Flash Type | SLC | 3D TLC (pSLC mode) | memory cell | 3D TLC | 3D TLC |
| Form Factor | SD Card | SD Card | SD Card | SD Card | SD |
| Operating Temperature | -40°C to 85°C | -40°C to 85°C / -25°C to 85°C | -40°C to 85°C / -25°C to 85°C | -40°C to 85°C / -25°C to 85°C | -40°C to 85°C / -25° 85°C |
| Power Loss Protection Options | Firmware Based | Firmware Based | Firmware Based | Firmware Based | Firmware Based |
| Optional SED Features | - | - | - | - | - |
| Capacity | 512 MB to 8 GB | 16 GB to 256 GB | 8 GB to 64 GB | 32 GB to 512 GB | 32 GB to 256 GB |

Contact Us

https://www.atpinc.com/products/industrial-sd-cards

**Products Affected & Replacements:**

The affected products and comparison table are listed below.

| | Current Design | New Design |
|---|---|---|
| Support SD Interface | SD 6.10 | SD 6.10 |
| Controller | SM2707EN | SM2706E |
| NAND type | Micron 64L 3D TLC (B16E) | Micron 176L 3D TLC (B47T) |

semiconductor memory cell

https://mm.digikey.com/Volume0/opasdata/d220001/medias/docus/6345/PCNE24062801.pdf

| | |
|---|---|
| |   SEM cross-section of 3D-NAND stack (Source: Intel/Micron/IEDM)<br>https://chipworksrealchips.blogspot.com/2016/01/intelmicron-detail-their-3d-nand-at-iedm.html |

| | |
|---|---|
| | <br>**Figure 2.** 3D NAND array architecture [35]. (**a**) Schematics of 3 × 3 NAND strings and (**b**) bird's e ye view of 3 × 5 NAND strings. Only 4 word lines (WLs) in a string are shown for visibility. The actu al 3D NAND has more than 128 WLs in a string.<br>https://www.mdpi.com/2079-9292/10/24/3156 |
| said memory device being configured to perform at least one of: injecting charge into or extracting charge out of a portion of at least one of said memory cells to maintain a state of said at least one memory cell. | The accused product is a memory device (e.g., the accused product), said memory device (e.g., the accused product) being configured to perform at least one of: injecting charge (e.g., electrons) into or extracting charge out of a portion (e.g., charge trap layer) of at least one of said memory cells (e.g., TLC memory cells) to maintain a state of said at least one memory cell (e.g., TLC memory cell).<br><br>As shown below, the accused product is based on Micron 3D NAND and uses a charge trap layer to program a TLC memory cell. Electrons are injected into the charge trap layer, which is a portion of the TLC memory cell, to program and maintain the state of the memory cell by holding the programmed bits. |

| | | | | | |
|---|---|---|---|---|---|
| Flash Type | SLC | 3D TLC (pSLC mode) | memory cell | 3D TLC | 3D TLC |
| Form Factor | SD Card | SD Card | SD Card | SD Card | SD |
| Operating Temperature | -40°C to 85°C | -40°C to 85°C / -25°C to 85°C | -40°C to 85°C / -25°C to 85°C | -40°C to 85°C / -25°C to 85°C | -40°C to 85°C / -25° 85°C |
| Power Loss Protection Options | Firmware Based | Firmware Based | Firmware Based | Firmware Based | Firmware Based |
| Optional SED Features | - | - | - | - | - |
| Capacity | 512 MB to 8 GB | 16 GB to 256 GB | 8 GB to 64 GB | 32 GB to 512 GB | 32 GB to 256 GB |

Contact Us

https://www.atpinc.com/products/industrial-sd-cards

**Products Affected & Replacements:**

The affected products and comparison table are listed below.

| | Current Design | New Design |
|---|---|---|
| Support SD Interface | SD 6.10 | SD 6.10 |
| Controller | SM2707EN | SM2706E |
| NAND type | Micron 64L 3D TLC (B16E) | Micron 176L 3D TLC (B47T) |

semiconductor memory cell

https://mm.digikey.com/Volume0/opasdata/d220001/medias/docus/6345/PCNE24062801.pdf




https://www.mdpi.com/2079-9292/10/24/3156

## Micron 3D RG NAND Technology

**RG Design Innovation**

Micron's 3D RG NAND flash storage creates a cell-to-cell approach that is closer to an interaction-free structure by using replacement-gate technology. The RG innovation is a nonconductive layer of silicon nitride (SiN) acting as a NAND storage cell to trap electrical charges. In 3D RG NAND, this layer surrounds the inside of the control gate of the cell, functioning as an insulator that stores charges. Figure 1 shows how this design significantly decreases the cell-to-cell capacitive coupling issues in traditional NAND that limit performance.

https://assets.micron.com/adobe/assets/urn:aaid:aem:3c193535-1112-4b90-a5d8-3545ed0b021b/renditions/original/as/micron-rg-3d-nand-whitepaper.pdf